

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff

CASE NUMBER: CR- 08-6379-BSS

-vs-

Obilo, Henry
Defendant

FILED by _____ D.C.
OCT 23 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – FT. LAUD.

REPORT COMMENCING CRIMINAL ACTION

86942-004
USMS NUMBER

TO: CLERK'S OFFICE   ☐ MIAMI   ☑ FT. LAUDERDALE   ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

---

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 10/22/08  10:15 AM

2. LANGUAGE(S) SPOKEN: English, Nigerian

3. OFFENSE(S) CHARGED: Conspiracy to Commit Bank Fraud
   18 USC 1349

4. DATE OF BIRTH: 8/1/79

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☐ INDICTMENT          ☑ COMPLAINT TO BE FILED/(ALREADY FILED)
☐ INFORMATION         ☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PROBATION VIOLATION WARRANT  ☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: ~~SOUTHERN DISTRICT OF FLORIDA~~ Eastern District of Virginia

6. REMARKS: ____

7. DATE: 10/22/2008

8. ARRESTING OFFICER: M. Michael Paul Betancourt

9. AGENCY: FEDERAL BUREAU OF INVESTIGATION

10. TELEPHONE NUMBER: OFFICE 305.944.9101